Mark WITWORTH, Appellant,

v.

STATE of Missouri, Respondent.

WD 77892

Missouri Court of Appeals,
Western District.

ORDER FILED: OCTOBER 27, 2015

Karen Kramer, Jefferson City, MO, Counsel for Respondent.

Mark Allen Grothoff, Columbia, MO, Counsel for Appellant.

Before Division Three: Karen King Mitchell, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Mark Whitworth appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).